IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOES 1 - 5,<br><br>        Defendants. | CIVIL ACTION No._____ |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

The following company is the parent of Plaintiff ARISTA RECORDS LLC: BMG Music, a New York general partnership.

The following companies are parents of Plaintiff BMG MUSIC: Ariola Eurodisc LLC and SONY BMG MUSIC ENTERTAINMENT, neither of which is publicly traded.

The following company is the parent of Plaintiff CAPITOL RECORDS, INC.: EMI Group PLC., which is publicly traded in the U.K.

The following company is the parent of Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.: Warner Music Group Corp. is publicly traded in the U.S.

The following company is the parent of Plaintiff INTERSCOPE RECORDS: Vivendi S.A., which is publicly traded in France.

The following company is the parent of Plaintiff LAFACE RECORDS LLC: SONY BMG MUSIC ENTERTAINMENT, which is owned by Bertelsmann AG, which is not publicly traded and Sony Corporation, which is publicly traded in the U.S.

The following company is the parent of Plaintiff MAVERICK RECORDING COMPANY: SR/MDM Venture, Inc. and Maverick Records LLC. SR/MDM Venture, Inc. is owned by Warner Music Group Corp., a publicly-traded company in the U.S.

The following companies are parents of Plaintiff MOTOWN RECORD COMPANY, L.P.: Universal Music Group, Inc .and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of Plaintiff SONY BMG MUSIC ENTERTAINMENT: Bertelsmann AG and Sony Corporation. Sony Corporation is publicly traded in the U.S.

The following company is the parent of Plaintiff UMG RECORDINGS, INC.: Vivendi S.A., which is publicly traded in France.

The following company is the parent of Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Group PLC., which is publicly traded in the U.K.

The following companies are parents of Plaintiff ZOMBA RECORDING LLC: SONY BMG MUSIC ENTERTAINMENT; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

DATED:  November 28, 2007

*/s/ Robert S. Goldman*
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC