AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  |  DATE FILED | United States District Court<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DOES 1 - 5 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 128.175.132.102 2007-10-04 21:50:08 EDT      **CASE ID#** 143852046

**P2P Network:** GnutellaUS      **Total Audio Files:** 128

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Jet | Cold Hard Bitch | Get Born | 343-668 |
| Capitol Records, Inc. | OK Go | Let It Rain | Oh No | 377-392 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| Zomba Recording LLC | Bowling for Soup | 1985 | A Hangover You Don't Deserve | 361-081 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Virgin Records America, Inc. | Fountains of Wayne | Hey Julie | Welcome, Interstate Managers | 335-616 |
| UMG Recordings, Inc. | Blink-182 | Feeling This | Blink-182 | 345-359 |
| UMG Recordings, Inc. | Blink-182 | First Date | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |

# EXHIBIT A

**IP Address:** 128.175.153.12 2007-08-31 06:36:56 EDT

**CASE ID#** 140767901

**P2P Network:** GnutellaUS

**Total Audio Files:** 251

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| SONY BMG MUSIC ENTERTAINMENT | Alice Cooper | Poison | Trash | 107-959 |
| Capitol Records, Inc. | Pink Floyd | Hey You | The Wall | 14-787 |
| LaFace Records LLC | Usher | My Way | My Way | 257-730 |
| Virgin Records America, Inc. | David Bowie | Young Americans | Young Americans | N22804 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| Capitol Records, Inc. | Steve Miller Band | Jet Airliner | Book of Dreams | N42553 |
| Arista Records LLC | Outkast | Roses | Speakerboxxx/The Love Below | 340-520 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| Capitol Records, Inc. | David Bowie | Modern Love | Let's Dance | 47-053 |

# EXHIBIT A

**IP Address:** 128.175.68.72 2007-10-06 16:07:12 EDT          **CASE ID#** 144032910

**P2P Network:** AresWarezUS                                    **Total Audio Files:** 175

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | If | Destiny Fulfilled | 363-786 |
| Zomba Recording LLC | Ciara | And I | Goodies | 355-316 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | A New Day Has Come | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| Warner Bros. Records Inc. | Crime Mob | Knuck if You Buck | Knuck If You Buck (single) | 364-439 |

## EXHIBIT A

**IP Address:** 128.175.68.72 2007-10-07 20:25:59 EDT          **CASE ID#** 144162468

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 80

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| BMG Music | Angie Stone | Brotha | Mahogany Soul | 303-830 |
| BMG Music | Tyrese | Nobody Else | Tyrese | 237-788 |
| BMG Music | Martina McBride | She's a Butterfly | Martina | 333-553 |
| UMG Recordings, Inc. | Brian McKnight | Anytime | Anytime | 242-274 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| Arista Records LLC | Monica | Angel of Mine | The Boy is Mine | 263-982 |
| Interscope Records | Sparkle | Be Careful | Sparkle | 253-833 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |

## EXHIBIT A

**IP Address:** 128.4.50.31 2007-09-10 20:42:00 EDT            **CASE ID#** 141785540

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 205

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Trace Adkins | Honky Tonk Badonkadonk | Songs About Me | 361-541 |
| UMG Recordings, Inc. | Nelly Furtado | Do It | Loose | 387-509 |
| BMG Music | Kenny Chesney | Beer In Mexico | The Road and the Radio | 383-449 |
| BMG Music | Brooks & Dunn | Building Bridges | Hillbilly Deluxe | 366-005 |
| Warner Bros. Records Inc. | Faith Hill | The Way You Love Me | Breathe | 276-629 |
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| Warner Bros. Records Inc. | Michael Buble | Save the Last Dance For Me | It's Time | 370-205 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |