## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-771-GMS |
| DOES 1 - 5, | : : | |
| Defendants. | : : | |
| _____ | : | |
| ARISTA RECORDS LLC, a Delaware limited liability company, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-772-GMS |
| DOES 1 - 3, | : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **8th** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, February 28, 2008 at 9:00 a.m.** with Magistrate Judge Thynge in the above matters. **Robert S. Goldman, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE