IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARISTA RECORDS LLC, et al., :
:
        Plaintiffs :
:
v. : Civil Action No. 07-771 (GMS)
:
DOES 1-5, :

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and attached certification, counsel moves for the admission pro hac vice of Katheryn Jarvis Coggon, Esquire, of Holme, Roberts & Owen, LLP, 1700 Lincoln Street, Suite 4100, Denver, CO 80203 to represent the Plaintiffs, in the above-referenced action.

                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                              /s/ Robert S. Goldman
                              ROBERT S. GOLDMAN, ESQ. (No.2508)
                              1200 N. Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              (302) 655-4210 (fax)
                              Attorney for Plaintiffs

Dated: February 11, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the ■ Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

HOLME, ROBERTS & OWEN, LLP

_____
Katheryn Jarvis Coggon, Esquire
1700 Lincoln Street
Suite #4100
Denver, CO 80203
(301) 861-7000

DATE: February 11, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                   U.S. District Court Judge